

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00117-CV

_____

LIBERTY MUTUAL INSURANCE COMPANY, Appellant

V.

TRANSIT MIX CONCRETE & MATERIALS COMPANY, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 10C0001-102

Before Morriss, C.J., Carter and Moseley, JJ.

O R D E R

Julie Mayes Hamrick, counsel for Liberty Mutual Insurance Company, has filed a motion to extend time to file the appellant's brief. The brief was due February 4, 2013.

In her motion, counsel does not provide the Court with a reasonable explanation of the need for an extension of time, stating only that the "extension is requested because Appellant's attorney will be unable to complete the Brief by the due date because of the complexity of the legal issues presented, and because of counsel's responsibilities on other urgent client matters." This Court interprets Texas Rule of Appellate Procedure 10.5(b)(1) as requiring counsel to provide specific information to justify a requested extension of time, including the cause numbers of other briefs filed, the dates they were filed, trial dates, the length or expected length of trials, etc. *See* TEX. R. APP. P. 10.5(b)(1). Broad, general statements concerning counsel's workload do not provide the required facts and are not adequate to meet the requirements of the rule. *See* TEX. R. APP. P. 10.5(b)(1).

All future motions to extend time must contain case-specific information adequate to justify the requested extension, or they will be denied.

In this instance, we grant the motion and extend the deadline for filing appellant's brief by thirty days, making the brief due March 6, 2013. Further requests for extensions will not be looked upon with favor.

IT IS SO ORDERED.

BY THE COURT

Date: February 6, 2013